## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GLEN DALE SUMMERS, <br> AIS 216967, | : |
| Petitioner, | : |
| vs. | :     CA 07-0543-KD-C |
| KENNETH JONES, | : |
| Respondent. | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 10, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** this 20th day of      May     , 2008.

                                        /s/ Kristi K. DuBose
                                        KRISTI K. DuBOSE
                                        UNITED STATES DISTRICT JUDGE