IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLEN DALE SUMMERS, AIS 216967, | : |
| Petitioner, | : |
| vs. | : CA 07-0543-KD-C |
| KENNETH JONES, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the supplemental recommendation to which objection is made, the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 8, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** this 27th day of April, 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**