# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

GLEN DALE SUMMERS,   :
AIS 216967,
                     :
   Petitioner,
                     :
vs.                            CA 07-0543-KD-C
                     :
KENNETH JONES,
                     :
   Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be denied based upon his failure to establish that his constitutional rights were violated.

**DONE** this 27th day of April, 2009.

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**